



Brookfield Place
Vesey Street
20th Floor
10281-2101
2-415-8600
2-303-2754
ckelord.com

Casey B. Howard
Direct Telephone: 212-812-8342
Direct Fax: 212-812-8372
choward@lockelord.com

November 3, 2021

By ECF

Hon. Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007
NathanNYSDChambers@nysd.uscourts.gov

    Re:    *HSCM Bermuda Fund Ltd. v. 24 Capital, LLC, et al.*, Case No. 21-cv-06904

Dear Judge Nathan:

As this Court is aware, this firm represents Plaintiff HSCM Bermuda Fund Ltd. ("HSCM") in the above-referenced action. I write in response to the letter motion submitted earlier today, November 3, 2021, by Defendant Newco Capital Group VI, LLC ("Newco").

Newco has requested that this Court adjourn the current deadlines for submitting the Parties' Proposed Civil Case Management Plan and Joint Letter, as set forth in the Order dated September 16, 2021, and adjourn the pretrial conference currently set for November 12, 2021. As a basis for this request, Newco cites its objections with respect to this Court's subject matter jurisdiction.

Given that the Defendants' responses to HSCM's request pursuant to Local Rule 26.1 are still outstanding, and this Court has ordered those responses be submitted by November 5, 2021, HSCM now consents to adjourning the pretrial conference and the deadlines associated therewith and has notified Defendants of the same.

Alternatively, should the Court still require a Proposed Civil Case Management Plan and Joint Letter be submitted and a pretrial conference be held, HSCM respectfully requests that the Court provide the Parties two (2) additional days to confer, giving the Parties until November 5, 2021 to submit their Plan and Joint Letter to the Court.

Atlanta | Austin | Boston | Brussels | Chicago | Cincinnati | Dallas | Hartford | Houston | London | Los Angeles
Miami | New Orleans | New York | Princeton | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

100214392v.1

Hon. Alison J. Nathan
November 3, 2021
Page 2

> The conference schedule for November 12, 2021, is adjourned pending the Court's resolution of the Defendants' forthcoming motions to dismiss.
>
> SO ORDERED.

Respectfully submitted,

*/s/ Casey B. Howard*

Casey B. Howard

cc: All parties entitled to notice

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

11/4/21

100214392v.1