UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HSCM Bermuda Fund Ltd. et al.

        Plaintiffs,

–v–

24 Capital, LLC et al.,

        Defendants.

21-cv-6904 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Defendants on November 30 and December 1, 2021, filed motions to dismiss Plaintiff's complaint. Dkt. No. 74, 78. On December 1, 2021, Plaintiffs filed, with leave of the Court, an amended complaint. Dkt. No. 81. Defendants may now (a) file an answer to the amended complaint; (b) file a new motion to dismiss; or (c) submit a letter stating that they rely on their initially filed motions to dismiss.

SO ORDERED.

Dated: December 2, 2021
       New York, New York

                              ALISON J. NATHAN
                             United States District Judge