```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
  HSCM Bermuda Fund, Ltd.,              :
                                        :
                           Plaintiff,   :
                                        :         21-CV-06904 (VEC)
                  -against-             :
                                        :              ORDER
  24 Capital LLC, et al.,                :
                                        :
                           Defendants.  :
------------------------------------------------------------ :
                                        X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/22

**VALERIE CAPRONI, United States District Judge:**

WHEREAS this case has been reassigned to the Undersigned;

IT IS HEREBY ORDERED that the parties must submit a joint letter of not more than 5 pages not later than **April 19, 2022**, informing the Court of the status of the case, including:

(1) a brief description of the case, including the factual and legal bases for their claim(s) and defense(s),

(2) the basis for subject-matter jurisdiction,

(3) any existing or contemplated motions, and

(4) the prospect for settlement, including

    (i) a confirmation that the parties have met and conferred, and

    (ii) whether the parties request an immediate referral to either the court-annexed mediation program or the case's assigned magistrate judge.

**SO ORDERED.**

Date: April 12, 2022
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**