USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __4/14/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

HSCM BERMUDA FUND, LTD., :
:
Plaintiff, :
:                    21-CV-6904 (VEC)
-against- :
:                    ORDER
:
24 CAPITAL, LLC, BUSINESS ADVANCE :
TEAM LLC d/b/a EVERYDAY CAPITAL AND :
NEWCO CAPITAL GROUP VI LLC, :
:
Defendants. :

-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 13, 2022 (Dkt. 120), the parties notified the Court that plaintiff and

Business Advance Team LLC, doing business as Everyday Capital, have reached an agreement

in principle resolving all issues; and

IT IS HEREBY ORDERED THAT this case is DISMISSED with prejudice and without

costs (including attorneys' fees) as to Business Advance Team LLC.  The Clerk of Court is

respectfully directed to terminate Business Advance Team LLC on the docket.

Within **30 days** of this order, the parties may apply to reopen this case.  Any such

application must show good cause for holding the case open in light of the parties' settlement

and must be filed within **30 days**.  Any request filed after 30 days or without a showing of good

cause may be denied solely on that basis.

Additionally, if the parties wish for the Court to retain jurisdiction to enforce their

settlement agreement, they must submit **within the same 30-day period**: (1) their settlement

agreement to the Court in accordance with Rule 6.A of the Court's Individual Practices and (2) a

request that the Court issue an order expressly retaining jurisdiction to enforce the settlement

agreement.  *See Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

**SO ORDERED.**

**Date:  April 14, 2022**
      **New York, NY**

                **VALERIE CAPRONI**
                **United States District Judge**