```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
HSCM BERMUDA FUND, LTD.,                  :
                                          :
                         Plaintiff,       :
                                          :          21-CV-6904 (VEC)
             -against-                    :
                                          :          ORDER
                                          :
24 CAPITAL, LLC, BUSINESS ADVANCE         :
TEAM LLC d/b/a EVERYDAY CAPITAL AND       :
NEWCO CAPITAL GROUP VI LLC,               :
                                          :
                         Defendants.      :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on June 6, 2022 (Dkt. 126), the parties notified the Court that plaintiff and 24 Capital, LLC, doing business as Everyday Capital, have reached an agreement in principle resolving all issues; and

   IT IS HEREBY ORDERED THAT this case is DISMISSED with prejudice and without costs (including attorneys' fees) as to 24 Capital, LLC.  The Clerk of Court is respectfully directed to terminate 24 Capital, LLC on the docket.

   Within **30 days** of this order, the parties may apply to reopen this case.  Any such application must show good cause for holding the case open in light of the parties' settlement and must be filed within **30 days**.  Any request filed after 30 days or without a showing of good cause may be denied solely on that basis.

   Additionally, if the parties wish for the Court to retain jurisdiction to enforce their settlement agreement, they must submit **within the same 30-day period**: (1) their settlement agreement to the Court in accordance with Rule 6.A of the Court's Individual Practices and (2) a

request that the Court issue an order expressly retaining jurisdiction to enforce the settlement agreement.  *See Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

The Clerk of Court is instructed to terminate the motion pending at Dkt. 93.

**SO ORDERED.**

Date:  **June 7, 2022**
       **New York, NY**

                                **VALERIE CAPRONI**
                                **United States District Judge**